**Martsay L. BOLDER,
Movant-Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 36320.**

Missouri Court of Appeals,
Western District.

June 11, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
July 30, 1985.

Martsay L. Bolder, pro se.

William Webster, Atty. Gen., Mark A. Richardson, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and SOMERVILLE and MANFORD, JJ.

ORDER

PER CURIAM:

Appeal from a dismissal of a fourth consecutive Rule 27.26 motion.

Judgment affirmed. Rule 84.16(b).